USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/3/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PEDRO URAGA,** *on behalf of himself, FLSA Collective Plaintiffs and the Class,*<br><br>**Plaintiff,**<br><br>-against-<br><br>**AMICI 519 LLC** d/b/a **ESSEN, BNP NY FOODS, INC.** d/b/a **ESSEN, TEN WESTSIDE CORP.** d/b/a **ESSEN, 100 BROAD STREET LLC** d/b/a **ESSEN, ESSEN22 LLC** d/b/a **ESSEN, JOHN DOE CORP.** d/b/a **ESSEN, JOHN BYUN** and **CHONG WON BYUN,**<br><br>**Defendants.** | 1:17-cv-03547 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In light of the ongoing healthy emergency, the Final Fairness Hearing scheduled for April 15, 2020 at 2:00 p.m. is **ADJOURNED** until **July 7, 2020 at 2:30 p.m.** in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Dated:** April 3, 2020,
     New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**