USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/2/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**PEDRO URAGA,** *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

       **Plaintiff,**

-against-

**AMICI 519 LLC** d/b/a **ESSEN, BNP NY FOODS, INC.** d/b/a **ESSEN, TEN WESTSIDE CORP.** d/b/a **ESSEN, 100 BROAD STREET LLC** d/b/a **ESSEN, ESSEN22 LLC** d/b/a **ESSEN, JOHN DOE CORP.** d/b/a **ESSEN, JOHN BYUN** and **CHONG WON BYUN,**

       **Defendants.**

1:17-cv-03547 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

In light of the ongoing public health emergency, the Final Fairness Hearing scheduled for July 7, 2020 at 2:30 p.m. is **ADJOURNED** until **September 15, 2020 at 2:30 p.m.** in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. **SO ORDERED.**

**Dated:** July 2, 2020,
   New York, New York

              **ANDREW L. CARTER, JR.**
              United States District Judge