**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x

URAGA, ET AL.,                              :
                                            :
                          Plaintiffs,       :
                                            :
            -against-                       :
                                            :
AMICI 519, ET AL.,                          :
                                            :
                          Defendants.       :
                                            :
------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   9/8/2020

**1:17-CV-03547 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      In light of ongoing public health concerns related to COVID-19, it is hereby ORDERED

that the fairness hearing scheduled for September 15, 2020 at 2:30 p.m. will be held

telephonically. Participants are directed to contact the Court at that date and time at (888) 363-

4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**     **New York, New York**
             **September 8, 2020**

                            **ANDREW L. CARTER, JR.**
                            **United States District Judge**