**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Sept. 22, 2021

**Pedro Uraga**, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,

          **Plaintiff,**

    v.

**Amici 519 LLC, et al.**,

          **Defendants.**

**1:17-cv-03547-ALC-KNF**

**ORDER**

**THE HON. ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 30 (thirty) days.

**SO ORDERED.**

**Dated**: Sept. 22, 2021
       New York, New York

                                **ANDREW L. CARTER, JR.**
                                **United States District Judge**